## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Application of: | ) |
| | ) |
| PALLADIAN PARTNERS, L.P., HBK | ) |
| MASTER FUND L.P., HIRSH GROUP | ) |
| LLC, and VIRTUAL EMERALD | ) |
| INTERNATIONAL LIMITED, | ) C.A. No. _____ |
| | ) |
| Petitioners, | ) |
| | ) |
| FOR AN ORDER TO TAKE DISCOVERY | ) |
| FOR USE IN FOREIGN PROCEEDINGS | ) |
| PURSUANT TO 28 U.S.C. § 1782 | ) |

### DECLARATION OF MICHAEL A. BARLOW

I, Michael A. Barlow, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury under the laws of the United States as follows:

1. I am an attorney duly admitted to practice in Delaware and before this Court. I am Partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), attorneys for Petitioners Palladian Partners, L.P., HBK Master Fund L.P., Hirsh Group LLC, and Virtual Emerald International Limited ("Petitioners").

2. I submit this declaration in support of Petitioners' Application And Petition For An Order To Conduct Discovery For Use In A Foreign Proceeding Pursuant To 28 U.S.C. § 1782 (the "1782 Application").  Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the 1782 Application and accompanying Memorandum of Law.  All exhibits attached hereto are true and accurate copies, or true and accurate excerpts of those copies.

3. Attached as **Exhibit 1** is a proposed subpoena *duces tecum* addressed to the Respondent Dynamic Labs, Inc. ("Respondent" or "Dynamic Labs").

1

4. Attached as **Exhibit 2** is a proposed subpoena *duces tecum* addressed to the Respondent Cloudflare, Inc. ("Respondent" or "Cloudflare").

5. Attached as **Exhibit 3** is a proposed subpoena *duces tecum* addressed to the Respondent Namecheap, Inc. ("Respondent" or "Namecheap").

6. Attached as **Exhibit 4** is a true and correct copy of the Delaware Division of Corporations Entity Details webpage for Respondent Dynamic Labs, last accessed July 11, 2025.

7. Attached as **Exhibit 5** is a true and correct copy of the Delaware Division of Corporations Entity Details webpage for Respondent Cloudflare, last accessed July 11, 2025.

8. Attached as **Exhibit 6** is a true and correct copy of a Domain Tools report for the website *VivalaLibertadProject.com*, last accessed July 11, 2025.

9. Attached as **Exhibit 7** is a true and correct copy of a Domain Tools report for the website *Meteora.ag* website, last accessed July 11, 2025.

10. Attached as **Exhibit 8** is a true and correct copy of the Delaware Division of Corporations Entity Details webpage for Respondent Namecheap, last accessed July 11, 2025.

11. Attached as **Exhibit 9** is a true and correct copy of a WhoXY Domain Search report for the website *VivalaLibertadProject.vip* website, last accessed July 11, 2025.

12. Attached as **Exhibit 10** is a true and correct copy of the July 1, 2025 hearing transcript for the conference before the Honorable Jennifer L. Rochon in the action *Hurlock v. Kelsier Ventures et al*, No. 1:25-cv-03891-JLR (S.D.N.Y. May 9, 2025).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, to the best of my knowledge and belief.

Executed in Wilmington, Delaware, on July 11, 2025.

Michael A. Barlow (#3928)
QUINN EMANUEL UQUHART
  & SULLIVAN, LLP
500 Delaware Avenue, Suite 200
Wilmington, Delaware 19801
(302) 302-4000
michaelbarlow@quinnemanuel.com