# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Application of:<br><br>PALLADIAN PARTNERS, L.P., HBK MASTER FUND L.P., HIRSH GROUP LLC, and VIRTUAL EMERALD INTERNATIONAL LIMITED,<br><br>Petitioners,<br><br>FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | C.A. No. 1:25-cv-00868-GBW |

## VOLUNTARY NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Petitioners Palladian Partners, L.P.; HBK Master Fund L.P.; Hirsh Group LLC; and Virtual Emerald International Limited ("Petitioners") hereby dismiss Respondent Dynamic Labs, Inc. only without prejudice and without costs, disbursements, or attorneys' fees to any party.

DATED: August 6, 2025

OF COUNSEL:

David M. Orta (admitted *pro hac vice*)
Daniel Salinas (admitted *pro hac vice*)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel. (202) 538-8000
davidorta@quinnemanuel.com
danielsalinas@quinnemanuel.com

  /s/  Michael A. Barlow
Michael A. Barlow (No. 3928)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
500 Delaware Avenue, Suite 220
Wilmington, Delaware 19801
Tel. (302) 302-4000
michaelbarlow@quinnemanuel.com

*Counsel for Petitioners Palladian Partners, L.P., HBK Master Fund L.P., Hirsh Group LLC, and Virtual Emerald International Limited*

**IT IS SO ORDERED** this _____ day of _____, 2025.

                                                  _____
                                                  THE HONORABLE GREGORY B. WILLIAMS
                                                  UNITED STATES DISTRICT JUDGE