**quinn emanuel** trial lawyers | wilmington

500 Delaware Avenue, Suite 220, Wilmington, Delaware 19801 | TEL (302) 302-4000 FAX (302) 302-4010

WRITER'S DIRECT DIAL NO.
(302) 302-4030

WRITER'S EMAIL ADDRESS
michaelbarlow@quinnemanuel.com

August 27, 2025

<u>VIA CM/ECF</u>

The Honorable Gregory B. Williams
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 26
Wilmington, Delaware 19801-3555

Re:   *In re Application of Palladian Partners, L.P. et al for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings*,
No. 1:25-cv-00868-GBW (D. Del. July 14, 2025)

Dear Judge Williams:

  We write regarding our Application and Petition for an Order to Conduct Discovery for Use in Foreign Proceedings under 28 U.S.C. § 1782 (the "<u>Application</u>") (*see* D.I. 3).  Petitioners' Application seeks discovery from Dynamic Labs, Inc. ("<u>Dynamic Labs</u>"), Cloudflare Inc. ("<u>Cloudflare</u>"), and Namecheap, Inc. ("<u>Namecheap</u>").

  Namecheap has not responded to Petitioners' Application, and its time to do so has now elapsed.  L.R. 7.1.2(b);[1] *see also* **Exhibit A** (affidavit of service of the Application).  The lack of any response from Namecheap leads Petitioners to believe that it has no opposition to the Application.  Accordingly, Petitioners respectfully request that this Court grant the Application as it pertains to Namecheap, permit service of the Namecheap subpoena (*see* D.I. No. 4, Exhibit 3), and order Namecheap to respond to the subpoena pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of the District of Delaware.

---

[1]   Because the subpoena has not yet been granted, it is Petitioners' understanding that the Local Rules governing motion practice deadlines apply to the Application, which would have made Namecheap's response due on August 13, 2025.

quinn emanuel urquhart & sullivan, llp
ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

The Honorable Gregory B. Williams
August 27, 2025
Page 2

      We are at the Court's disposal to discuss any of the foregoing in greater detail.

      Respectfully submitted,

      */s/ Michael A. Barlow*

      Michael A. Barlow (#3928)

MAB/sls