# Affidavit of Process Server

IN THE UNITED STATES DISTRICT COURT FOR THE FOR THE DISTRICT OF DELAWARE

IN RE APPLICATION OF:
PALLADIAN PARTNERS, L.P., HBK MASTER FUND L.P., HIRSH GROUP LLC, and VIRTUAL EMERALD INTERNATIONAL LIMITED

**PLAINTIFF/PETITIONER**

**CASE NUMBER:** 1:25-CV-00868-UNA

FRANK PRITCHETT being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 07/18/2025

**Service:** I served NAMECHEAP, INC.
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) 1782 APP. AND PETITION; PROPOSED ORDER; CIVIL COVER SHEET; NOTICE RE MAGISTRATE; MOL ISO 1782 APP. AND PETITION; BARLOW DECLARATION; EXHIBITS 1-10; O'ROURKE DECLARATION; APPENDIX; EXHIBITS 1-17; PETITIONERS' 7.1 DISCLOSURE STATEMENT;

by leaving with HARVARD BUSINESS SERVICES, INC., AS AGENT, ACCEPTED BY ALLISON RATHMANNER (MANAGING AGENT EMPLOYED AT REGISTERED AGENT) At

☒ **Business** 16192 COASTAL HIGHWAY, LEWES, DE 19958
ADDRESS                                          CITY/STATE

On 07/18/2025 AT 2:30 PM
    DATE                    TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                 DATE

from _____
     CITY    STATE    ZIP

**Manner of Service:**
☒ CORPORATE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other

**Service Attempts:** Service was attempted on: (1) _____  _____  (2) _____  _____
                                                   DATE     TIME        DATE     TIME
(3) _____  _____  (4) _____  _____  (5) _____  _____
    DATE     TIME         DATE     TIME         DATE     TIME

AGE 40   Sex FEMALE   Race WHITE   Height 5'5   Weight 130   HAIR BROWN

SIGNATURE OF PROCESS SERVER
FRANK PRITCHETT
BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899

SUBSCRIBED AND SWORN in the State of Delaware, New Castle County before me this 18TH day of JULY, 2025

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2028

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS