IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Application of:<br><br>PALLADIAN PARTNERS, L.P., HBK MASTER FUND L.P., HIRSH GROUP LLC, and VIRTUAL EMERALD INTERNATIONAL LIMITED,<br><br>Petitioners,<br><br>FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | C.A. No. 1:25-cv-00868-GBW |

**[PROPOSED] ORDER GRANTING PETITIONERS'
APPLICATION AND PETITION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782**

Upon consideration of the Application and Petition for an Order to Conduct Discovery for Use in Foreign Proceedings under 28 U.S.C. § 1782 (the "Application"), submitted by Palladian Partners, L.P., HBK Master Fund L.P., Hirsh Group LLC, and Virtual Emerald International Limited (the "Petitioners") and all papers submitted in support thereof, this Court finds that (i) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (ii) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting the Application.

It is therefore **ORDERED** that

(a)     the Application is **GRANTED**;

(b)     Petitioners are authorized to serve the Subpoena annexed as Exhibit 3 to the Declaration of Michael A. Barlow (the "Subpoenas") upon Namecheap, Inc. ("Namecheap");

(c)     Namecheap is directed to respond to the Subpoena pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court;

(d) Petitioners are authorized to take the depositions requested in the Subpoena annexed as Exhibit 3 to the Declaration of Michael A. Barlow;

(e) Petitioners have met and conferred with Cloudflare, Inc. ("Cloudflare"). Cloudflare has agreed to produce responsive documents in its possession, custody and control and subject to reasonable objections. Cloudflare has opposed Petitioners request for a deposition at this time. Petitioners have reserved the right to seek a deposition from Cloudflare after they review the documents produced by Cloudflare.

(f) Petitioners are permitted to share any discovery obtained pursuant to this Order with any co-parties in the foreign proceedings;

(g) Petitioners are authorized to use any evidence obtained pursuant to the Application in any pending or contemplated foreign proceedings, and/or further proceedings within the United Kingdom, and possibly elsewhere depending on what the discovery reveals;

(h) Until further Order by this Court, Respondents shall preserve all documents, electronic or otherwise, and any evidence in its possession, custody or control that contain information potentially relevant to the subject matter of Petitioners' Application.

IT IS SO ORDERED this 6th day of October, 2025.

_____
The Honorable Gregory B. Williams
United States District Judge